# EXHIBIT C

Case 1:25-cv-01974-ABJ    Document 4-9    Filed 06/26/25    Page 2 of 4

National Security Law Firm Mail - Filipiuk v. DOD, 1:25-cv-01974; Ser…and Preliminary Injunction with Complaint and Summons (Email 1 of 4)    6/26/25, 6:32 PM



Alicia McCray <alicia@nationalsecuritylawfirm.com>

# Filipiuk v. DOD, 1:25-cv-01974; Service of Emergency Temporary Restraining Order and Preliminary Injunction with Complaint and Summons (Email 1 of 4)

3 messages

**Alicia McCray** <alicia@nationalsecuritylawfirm.com>    Thu, Jun 26, 2025 at 4:16 PM
To: brian.hudak@usdoj.gov, USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
Cc: Brett O'Brien <brett@nationalsecuritylawfirm.com>, Belia Gonzalez <belia@nationalsecuritylawfirm.com>, Katie Quintana <katie@nationalsecuritylawfirm.com>

Greetings, Mr. Hudak – Civil Chief.

Please be advised that this office represents Mr. Robert Filipiuk regarding Civil Case No. 1:25-cv-01974. The following documents for an Emergency Temporary Restraining Order and Preliminary Injunction with Complaint and Summons for Civil Case No. 1:25-cv-01974 are being served upon your office through a total of **four** emails.

- Civil Cover Sheet
- Summons in a Civil Action
- Notice of Lawsuit and Request for Waiver of Service of Summons (2 copies)
- Complaint
- Motion for Emergency Temporary Restraining Order and Preliminary Injunction

On June 26, 2025, the following documents were served upon the United States Attorney for the District of Columbia via email (USADC.ServiceCivil@usdoj.gov), through a four-part email.

A representative from the USADC office responded and acknowledged the service of the complaint and summons on June 26, 2025, to wit:

> "Your service of the complaint and summons in this action under FRCP 4 has been received and accepted with a service date of June 26, 2025.
>
> That said, your service of your motion for a TRO and PI under FRCP 5 failed to comply with the terms and conditions for our office's consent to service by email and, thus, was unsuccessful. We direct you to our website for detailed instructions on how to serve such papers. https://www.justice.gov/usao-dc/civil-division."

As such, please accept this email as service of the Emergency Temporary Restraining Order and Preliminary Injunction with Complaint and Summons for Civil Case No. 1:25-cv-01974, in accordance with the USADC terms and conditions for consent to service by email.

> "If you are serving a copy of a motion for provisional relief with your summons and complaint (i.e., a motion for a preliminary injunction or temporary restraining order), you must also email the Civil Chief indicating as much."

**Email 1 will include the following attachment**
· Service Packet
· 6.26.25 (ECF 3) Temporary Restraining Order and Preliminary Injunction
· 6.26.25 - Submission and Response for Service Documents for Civil Case No. 1/25-cv-01974 (Email Thread)

*The Service Packet includes the Civil Cover Sheet, Summons in a Civil Action, and two copies of Notice of Lawsuit and

National Security Law Firm Mail - Filip4uk v. DOD, 1:25-cv-01974; Ser...and Preliminary Injunction with Complaint and Summons (Email 1 of 4)

Case 1:25-cv-01974-ABJ   Document 4-9   Filed 06/26/25   Page 3 of 4

6/26/25, 6:32 PM

Request for Waiver of Service of Summons.

**Email 2 will include the following attachments**
· 6.25.25 (ECF 1) Complaint for Declaratory and Injunctive Relief
· ECF 1-1 to ECF 1-4 (Exhibits A-D)

**Email 3 will include the following attachments**
· ECF 1-5 to ECF 1-12 (Exhibits E-L)

**Email 4 will include the following attachments**
· ECF 1-12 and ECF 1-13

    I thank you in advance for your kind consideration in this matter.

Kindest regards,

Alicia McCray, MSCJ, MPhil
National Security Law Firm
1250 Connecticut Ave, NW
Suite 700 - PMB 5186
Washington, DC 20036

(o) 202-929-0619
(f)  202-545-6318

alicia@nationalsecuritylawfirm.com



This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed.  It contains confidential information that may also be legally privileged.  Any copying, dissemination, or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof.  Thank you.

---

**3 attachments**

📄 **6.26.25 ECF 3 - TRO & PI.pdf**
5358K

📄 **6.26.25 - Submission and Response for Service Documents for Civil Case No: 1:25-cv-01974.pdf**
283K

📄 **Service Packet.pdf**

National Security Law Firm Mail - Filipkuk v. DOD, 1:25-cv-01974; Ser...and Preliminary Injunction with Complaint and Summons (Email 1 of 4)  6/26/25, 6:32 PM

Case 1:25-cv-01974-ABJ    Document 4-9    Filed 06/26/25    Page 4 of 4

1074K

---

**Hudak, Brian (USADC)** <Brian.Hudak@usdoj.gov>     Thu, Jun 26, 2025 at 4:43 PM
To: Alicia McCray <alicia@nationalsecuritylawfirm.com>, USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
Cc: Brett O'Brien <brett@nationalsecuritylawfirm.com>, Belia Gonzalez <belia@nationalsecuritylawfirm.com>, Katie Quintana <katie@nationalsecuritylawfirm.com>

Received.  Thanks.

**Brian P. Hudak** | Chief

Civil Division, U.S. Attorney's Office

(202) 252-2549 | 601 D Street, NW, Washington, DC 20530

[Quoted text hidden]

---

**Alicia McCray** <alicia@nationalsecuritylawfirm.com>     Thu, Jun 26, 2025 at 6:32 PM
To: "Hudak, Brian (USADC)" <Brian.Hudak@usdoj.gov>
Cc: USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>, Brett O'Brien <brett@nationalsecuritylawfirm.com>, Belia Gonzalez <belia@nationalsecuritylawfirm.com>, Katie Quintana <katie@nationalsecuritylawfirm.com>

Good evening,

Thank you for your acknowledgement.
[Quoted text hidden]
[Quoted text hidden]