UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FILIPIUK,** <br><br> *Plaintiff*, <br><br> v. <br><br> **DEPARTMENT OF DEFENSE,** <br><br> *Defendant*. | Civil Action No. 25-1974 (ABJ) |

## PLAINTIFF'S NOTICE TO CORRECT THE RECORD

Counsel for Plaintiff, Robert Filipiuk, respectfully submits this notice to correct the record regarding statements made during the Scheduling Conference held on July 2, 2025. During the conference, the Judge asked Plaintiff's Counsel about a briefing schedule for the Plaintiff's appeal of his security clearance revocation to the Defense Office of Hearings and Appeals (DOHA) Appeal Board. Upon the information known to Counsel at the time, Counsel for Plaintiff stated that the Agency would not have the opportunity to respond to Plaintiff's appeal. Upon submitting the appeal to the Agency, Plaintiff's Counsel learned that the Agency would be permitted to submit a response. Pursuant to 32 C.F.R. Part 155, Appendix A, Part 30, a reply brief, if any, must be submitted within 20 days from receipt of the appeal brief.

Plaintiff's Counsel apologizes for this error and submits this notice to ensure that the record is accurate.

Dated: July 3, 2025

Respectfully submitted,

By:
*/s/ Katie Quintana*
KATIE QUINTANA, ESQ.

NATIONAL SECURITY LAW FIRM
1250 Connecticut Avenue, Suite 700
Washington, DC  20036
Phone:  (202) 600-4996
Fax:     (202) 545-6318
Email:  Katie@nationalsecuritylawfirm.com


*/s/ Brett J. O'Brien*
BRETT J. O'BRIEN, ESQ.
Bar #: 1753983
NATIONAL SECURITY LAW FIRM
1250 Connecticut Avenue, Suite 700
Washington, DC  20036
Phone:  (202) 600-4996
Fax:     (202) 545-6318
Email:   Brett@nationalsecuritylawfirm.com

2